ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA (Norfolk Division)

UNITED STATES OF AMERICA

v.

**MOSES E. WILLIAMS**

**WARRANT FOR ARREST**

Case Number: 2:02MJ98

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Moses E. Williams**
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  X Probation Violation Petition

charging him or her           (brief description of offense)

Original Offense: Driving With A Suspended License (Third Offense)

in violation of Title    18    United States Code, Section(s)    7 & 13; V.S.C. 46.2-301

Name of Issuing Officer                         Title of Issuing Officer
ELIZABETH H. PARET                              CLERK

Name & Title of Issuing Officer – Deputy Clerk     Date and Location
                                                   January 17, 2006 in Norfolk, Virginia

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

FILED IN OPEN COURT
MAY 27 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED RECEIVED
2009 JUL 17  D 3:54

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/26/09 | Alison Nixon DUSM | Alison Nixon |

AO 442  (Rev. 12/85) Warrant for Arrest

